UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLENNIAL PLASTIC SURGERY PLLC,

                    Plaintiff,

        -against-

MEGHAN JAMES,

                    Defendant.

**ORDER**

21 Civ. 9590 (ER)

      The Court is in receipt of the proposed temporary restraining order and the declaration and papers in support thereof filed by Plaintiff Millennial Plastic Surgery PLLC. Plaintiff's request is hereby DENIED.

      The order to show cause hearing previously scheduled for November 30, 2021 at 11:30 a.m. is rescheduled for **November 29, 2021 at 2:00 p.m.** It is ORDERED, that Defendant show cause before this Court, at the United States Courthouse located at 40 Foley Square, Courtroom 619, New York, New York 10007 why this Court should not issue an order pursuant to Fed. R. Civ. P. 65 for emergency preliminary relief as further set forth in Doc. 7.

      IT IS ORDERED, that Plaintiff shall serve a copy of this Order upon Defendant on or before **November 23, 2021**. Service upon Defendant via electronic mail to meghanj@icloud.com shall be deemed good and sufficient service thereof.

      IT IS FURTHER ORDERED, that Defendant shall serve opposition papers, if any, on Plaintiff's counsel by hand-delivery or electronically on Kevin Kehrli of Garson, Segal, Steinmetz, Fladgate LLP, 164 West 25th Street, Suite 11R, New York, New York 10001, at kk@gs2law.com on or by **November 24, 2021**, and that any reply papers shall be served by

Plaintiff on Defendant by hand-delivery or electronically by email from which Defendant's counsel received opposition papers on or before **November 28, 2021**.

    SO ORDERED.

Dated:   November 23, 2021
           New York, New York

_____
Edgardo Ramos, U.S.D.J.