UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLENNIAL PASTIC SURGERY PLLC, | |
| Plaintiff, | **ORDER** |
| –v– | 21 Civ. 9590 (ER) |
| MEGHAN JAMES, | |
| Defendant. | |

Ramos, D.J.:

On November 24, 2021, Meghan James requested, by telephone and by email, an adjournment of the November 29, 2021 show cause hearing.  See doc. 13. The additional time was requested to allow Ms. James to seek and retain local counsel.

The show cause hearing is adjourned to Wednesday, December 1, 2021 at 3 p.m. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 in Courtroom 619.

It is SO ORDERED.

Dated:  November 29, 2021
        New York, New York

Edgardo Ramos, U.S.D.J.