

Kevin Fulton
Founding Partner
*kevin@fultonstrahan.com*
◦ AVVO Rating-Superb
◦ H-Texas Mag 2014-19 Top Lawyer
◦ Texas Monthly-Top Young Lawyers 2017
◦ Rated by Super Lawyers-Rising Star

Keith Strahan
Managing Partner
*keith@fultonstrahan.com*

Hon. Briscoe Cain
Senior Counsel
*briscoe@fultonstrahan.com*
◦ Houstonia 2016 Top Lawyer

A'drianna Higginbotham
Associate Attorney
*ahigginbotham@fultonstrahan.com*
◦ H-Texas Mag 2018 Top Lawyer

Josh Mathews
Associate Attorney
*josh@fultonstrahan.com*

7676 Hillmont St, Ste 191
Houston, Texas 77040
(Principal Office)
tel: 713.589.6964
fax: 832.201.8847
web: FultonStrahan.com

December 7, 2021

New York Southern District Court
ATTN: Clerk of the Court

**Re:**     **Millennial Plastic Surgery PLLC v. Meghan James**
          **Civil Action No. 21-CV-9590 (ER)**

Dear Clerk of the Court,

The deadline for Defendant to submit her Memorandum in Opposition of Plaintiff's Motion for Preliminary Relief is currently set for Wednesday, December 8, 2021. At this time, Defendant is requesting an additional three business days to submit the Memorandum in Opposition of Plaintiff's Motion for Preliminary Relief. An extension is requested until Monday, December 13, 2021.

This is Defendant's first request for an extension of the deadline to submit Defendant's Memorandum in Opposition of Plaintiff's Motion for Preliminary Relief.

The reason for the extension is based upon the pending Motion to Appear Pro Hac Vice submitted by Kevin Fulton. At this time, the court has requested additional information be provided before the court will grant Kevin Fulton's Motion to Appear Pro Hac Vice.

Counsel for Plaintiff, Millennial Plastic Surgery PLLC is opposed to the continuance.

Thank you for your assistance with this matter. If you have any questions or concerns, please do not hesitate to contact me at 713.589.6964.

Sincerely,

Kevin Fulton