UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLENNIAL PLASTIC SURGERY PLLC,

                Plaintiff,

v.                                           **ORDER**

MEGHAN JAMES,                    21 Civ. 9590 (ER)

                Defendant.

RAMOS, D.J.

    The Court is in receipt of the parties' additional briefing filed pursuant to the Court's order at the show cause hearing on December 1, 2021 in connection with Plaintiff's motion for emergency preliminary relief.  Docs. 18–19, 25.  The parties are hereby directed to appear before the Court for a conference on December 16, 2021 at 10:30 a.m. by dialing 877-411-9748, using the access code 3029857#.

    It is SO ORDERED.

Dated: December 14, 2021
       New York, New York

                                                         Edgardo Ramos, U.S.D.J.