UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLENNIAL PLASTIC SURGERY PLLC,

                Plaintiff,

       -against-

MEGHAN JAMES,

                Defendant.

**ORDER**

21 Civ. 9590 (ER)

Ramos, D.J.:

      Defendant is directed to answer, move to dismiss, or otherwise respond to the Complaint no later than January 12, 2022.  If Defendant answers, the parties are further directed to submit the attached Civil Case Discovery Plan and Scheduling Order on consent by January 14, 2022.

      It is SO ORDERED.

Dated:   December 20, 2021
         New York, New York

                                  Edgardo Ramos, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

<table>
<tr><td></td><td>Plaintiff,</td><td>**CIVIL CASE DISCOVERY PLAN**<br>**AND SCHEDULING ORDER**</td></tr>
<tr><td colspan="3">- against -</td></tr>
<tr><td></td><td>Defendants.</td><td>_____ CV _____ (ER)</td></tr>
</table>

----------------------------------------------------------------x

      This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.     All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2.     This case [is] [is not] to be tried to a jury.

3.     Joinder of additional parties must be accomplished by _____.

4.     Amended pleadings may be filed until _____.

5.     Interrogatories shall be served no later than _____, and responses thereto shall be served within thirty (30) days thereafter.  The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6.     First request for production of documents, if any, shall be served no later than _____.

7.     Non-expert depositions shall be completed by _____.

     a.     Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

     b.     Depositions shall proceed concurrently.

     c.     Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8.     Any further interrogatories, including expert interrogatories, shall be served no
       later than _____.

9.     Requests to Admit, if any, shall be served no later than
       _____.

10.    Expert reports shall be served no later than _____.

11.    Rebuttal expert reports shall be served no later than _____.

12.    Expert depositions shall be completed by _____.

13.    Additional provisions agreed upon by counsel are attached hereto and made a part
       hereof.

14.    **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15.    Any motions shall be filed in accordance with the Court's Individual Practices.

16.    This Civil Case Discovery Plan and Scheduling Order may not be changed without
       leave of Court (or the assigned Magistrate Judge acting under a specific order of
       reference).

17.    The Magistrate Judge assigned to this case is the Hon. _____
       .

18.    If, after entry of this Order, the parties consent to trial before a Magistrate Judge,
       the Magistrate Judge will schedule a date certain for trial and will, if necessary,
       amend this Order consistent therewith.

19.    The next case management conference is scheduled for _____,
       at _____.  (The Court will set this date at the initial conference.)

SO ORDERED.


Dated: New York, New York

       _____


                                                  _____
                                                  Edgardo Ramos, U.S. District Judge