UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLENNIAL PLASTIC SURGERY PLLC<br><br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>MEHGAN JAMES<br><br>　　　　　　　　　　　　Defendant. | Civil Action No.: 1:21-cv-9590(ER)<br><br>**Clerk's Certificate of Default** |

　　　　I, Ruby J. Krajick, Clerk of Court of the United States District for the Southern District of New York, do hereby certify that this action was commenced on November 18, 2021 with the filing of a Complaint and an Order to Show Cause with Emergency Relief. Counsel, Kevin Fulton, appeared on behalf of Defendant by Motion to Appear Pro Hac Vice, Dkts. 20 and 24.  On December 20, 2021, the Hon. Edgardo Ramos ordered that Defendant answer, move to dismiss, or otherwise respond to the Complaint no later than January 12, 2022.

　　　　I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.


Dated: _____, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　RUBY J. KRAJICK
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk