UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLENNIAL PLASTIC SURGERY PLLC,

                   Plaintiff,

        -against-

MEGHAN JAMES,

                   Defendant.

**ORDER**

21 Civ. 9590 (ER)

Ramos, D.J.:

    The Court is in receipt of the motion to set aside default and the papers in support thereof filed by Defendant Meghan James.  Doc. 34.  Plaintiff Millennial Plastic Surgery PLLC is instructed to file a response by no later than February 9, 2022.

    It is SO ORDERED.

Dated:    January 26, 2022
               New York, New York

                                                        Edgardo Ramos, U.S.D.J.