

164 West 25th Street, Suite 11R
New York, NY 10001
Tel +1 212.380.3623
kk@gs2law.com

*Via ECF*

May 16, 2022

Hon. Edgardo Ramos
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

The initial pre-trial conference scheduled for May 20, 2022 is adjourned. The parties are instructed to submit a joint status update as to the settlement discussions or a stipulation of dismissal no later than June 3, 2022. It is SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: May 16, 2022
New York, New York

RE:   Millennial Plastic Surgery PLLC v. James (21-cv-9590 (ER))

To the Hon. Judge Ramos:

This firm represents Plaintiff, Millennial Plastic Surgery PLLC ,in the above-referenced. I write with consent of counsel for Defendant, Mehgan James, to request an adjournment of the Initial Conference, presently scheduled for May 20, 2022.

The reason for this request is that the Parties have reached a settlement in principle and have exchanged drafts of the agreement which would resolve this matter.

There have been no prior requests for adjournment of this conference.

The parties respectfully request an adjournment *sine die*, and request the Court allow the Parties two-weeks, until June 3, 2022 to provide an update as to the settlement discussions or a stipulation of dismissal, if appropriate.

Respectfully,


/s/ Kevin Kehrli