UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLENIAL PLASTIC SURGERY PLLC,

                Plaintiff,

– against –

MEGHAN JAMES,

                Defendant.

**ORDER**

21 Civ. 9590 (ER)

Ramos, D.J.:

    On June 3, 2022, the Court directed the parties to submit a joint status report regarding settlement or a stipulation of dismissal no later than June 17, 2022. Doc. 46. To date, there has been no further action. The parties are therefore again directed to submit a joint status report or stipulation of dismissal by September 6, 2022. Failure to do so may result in dismissal for failure to prosecute.

It is SO ORDERED.

Dated:   August 30, 2022
            New York, New York

                                                Edgardo Ramos, U.S.D.J.